**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Imperial Capital LLC | CASE NO.: 12–13809–smb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 8803 | CHAPTER: 11 |

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Stuart M. Bernstein in this Chapter 11 case.

Imperial Capital LLC was dismissed from the case on November 16, 2012 .

Dated: November 16, 2012                         Vito Genna
                                                 Clerk of the Court